UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

FILED
ASHEVILLE, NC
AUG 0 5 2025
U.S. DISTRICT COURT
W. DISTRICT OF N.C.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | DOCKET NO. 1:25-CR-54-MR-WCM |
| ) | |
| ) | BILL OF INDICTMENT |
| v. ) | |
| ) | Violation: |
| DEMARKUS LOVON DUNBAR ) | 18 U.S.C. § 922(g)(1) |
| ) | |

THE GRAND JURY CHARGES:

**COUNT ONE**

On or about October 21, 2024, in Polk County, within the Western District of North Carolina and elsewhere, the defendant,

DEMARKUS LOVON DUNBAR

knowing that he had previously been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess one or more firearms and ammunition, those being, a Beretta model 92FS, 9mm semi-automatic handgun, and Remington, Winchester, Hornady, and Blazer 9mm ammunition, in and affecting commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

*Space intentionally left blank.*

1

## NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE

Pursuant to Federal Rule of Criminal Procedure 32.2, notice is hereby given of 18 U.S.C. § 924 and 28 U.S.C. § 2461(c). The following property is subject to forfeiture in accordance with Section 924 and/or Section 2461(c): all firearms and ammunition involved or used in the violations set forth in this bill of indictment.

The Grand Jury finds probable cause to believe that the following property is subject to forfeiture on one or more of the grounds stated above: One (1) Beretta model 92FS, 9mm semi-automatic handgun, six (6) rounds of Remington brand 9mm ammunition, six (6) rounds of Winchester brand 9mm ammunition, four (4) rounds of Hornady bran 9mm ammunition, four (4) rounds of Blazer brand 9mm ammunition, and one (1) ProMag magazine.

A TRUE BILL:

RUSS FERGUSON
UNITED STATES ATTORNEY

ALEXIS SOLHEIM
ASSISTANT UNITED STATES ATTORNEY